# SEALED

```
____FILED        ____RECEIVED
____ENTERED      ____SERVED ON
          COUNSEL/PARTIES OF RECORD

        AUG 21, 2020

        CLERK US DISTRICT COURT
          DISTRICT OF NEVADA
BY:_____DEPUTY
```

RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Ronal Lopez-Suastegui

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00179-RFB-DJA |
| Plaintiff, | **SEALED STIPULATION TO CONTINUE ARRAIGNMENT & PLEA AND SENTENCING HEARING** |
| v. | (First Request) |
| RONAL LOPEZ-SUASTEGUI, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Kimberly Frayn, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Ronal Lopez-Suastegui, that the Arraignment & Plea and Sentencing Hearing currently scheduled on September 10, 2020 at 11:00 a.m., be vacated and continued to a date and time convenient to the Court, but no earlier than sixty (60) days.

The Stipulation is entered into for the following reasons:

1. Additional time is needed to obtain the presentence investigation report and review it with Mr. Lopez-Suastegui.

2. The defendant is incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

This is the first stipulation to continue filed herein.

DATED this 21st day of August 2018.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Raquel Lazo*<br>By_____<br>RAQUEL LAZO<br>Assistant Federal Public Defender | */s/ Kimberly Frayn*<br>By_____<br>KIMBERLY FRAYN<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RONAL LOPEZ-SUASTEGUI,<br><br>　　　　Defendant. | Case No. 2:20-cr-00179-RFB-DJA<br><br>**ORDER** |

　　IT IS ORDERED that the arraignment & plea and sentencing hearing currently scheduled for Thursday, September 10, 2020 at 11:00 a.m., be vacated and continued to _November 12, 2020_ at the hour of _11:00_ _a_.m.

　　DATED this 28th day of August 2020.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　RICHARD F. BOULWARE, II
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3