NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar Number 13644
KIMBERLY M. FRAYN
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702-388-6378
Kimberly.frayn@usdoj.gov

*Attorneys for Plaintiff*
*The United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00179-RFB-DJA |
| Plaintiff, | **Motion to Unseal Case** |
| v. | |
| RONAL LOPEZ-SUASTEGUI, | |
| Defendant. | |

The United States of America, by and through its attorneys, Nicholas Trutanich, United States Attorney, and Kimberly M. Frayn, Assistant United States Attorney, moves for entry of the proposed Order unsealing the above-captioned case.

In support of its motion, the government states:

1. On or about June 12, 2020, a Complaint was filed with the Court, charging Mr. Lopez-Suastegui with violation of 8 U.S.C. § 1326(a) and (b), Deported Alien Found in the United States. *See* ECF No. 1, 2:20-mj-00488-NJK.

2. Mr. Lopez-Suastegui made an initial appearance on the complaint before the Court on or about June 16, 2020, and was ordered detained pending a preliminary hearing,

which is presently scheduled for November 30, 2020. *Id*. at ECF Nos. 5, 16. Mr. Lopez-Suastegui remains detained by the U.S. Marshals Service.

3. Mr. Lopez-Suastegui has signed a plea agreement with the United States, and this Court has set a hearing for the Waiver of Indictment, Filing of an Information, Initial Appearance, Arraignment, Plea and Sentencing on Novermber 12, 2020. This case was not sealed when before the Magistrate Court, but when set before this Court, it was designated as sealed. There is no reason known to the government that supports this case remaining sealed at this time.

4. Accordingly, the government moves this Court to unseal the above-captioned case, in that keeping it sealed is not necessary.

**DATED** this 3rd day of September, 2020.

NICHOLAS A. TRUTANICH
United States Attorney


*//s//*
_____
KIMBERLY M. FRAYN
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00179-RFB-DJA |
| Plaintiff, | **Order Unsealing Case** |
| v. | (~~Proposed~~) |
| RONAL LOPEZ-SUASTEGUI, | |
| Defendant. | |

Upon consideration and review of the Government's motion:

IT IS HEREBY ORDERED that the above-captioned matter, *United States of America v. Ronal Lopez-Suastegui,* is unsealed.

**DATED** this  7th  day of September 2020.

By the Court:

_____
HONORABLE RICHARD F. BOULWARE, II
United States District Judge