RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Ronal Lopez-Suastegui

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>RONAL LOPEZ-SUASTEGUI,<br><br>        Defendant. | Case No. 2:20-cr-00179-RFB-DJA<br><br>**STIPULATION TO CONTINUE ARRAIGNMENT & PLEA AND SENTENCING HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Kimberly Frayn, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Ronal Lopez-Suastegui, that the Arraignment & Plea and Sentencing Hearing currently scheduled on December 3, 2020 at 12:15 p.m., be vacated and continued to a date and time convenient to the Court, but no earlier than forty-five (45) days.

The Stipulation is entered into for the following reasons:

1. Defense counsel is out of the jurisdiction on the currently scheduled hearing date. Government counsel is also unavailable for medical reasons on the December 3rd date.

2. Defense counsel requires additional time to gather sentencing mitigation documentation.

3. The defendant is incarcerated and does not object to the continuance.

4. The preliminary hearing in case number 2:20-MJ-448-NJK is currently set for February 17, 2021, (ECF No. 18), and will not be disturbed by the Court granting the continuance requested herein.

5. The parties agree to the continuance.

This is the second stipulation to continue filed herein.

DATED this 17th day of November 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Raquel Lazo*<br>By_____<br>RAQUEL LAZO<br>Assistant Federal Public Defender | */s/ Kimberly Frayn*<br>By_____<br>KIMBERLY FRAYN<br>Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RONAL LOPEZ-SUASTEGUI,<br><br>　　　　Defendant. | Case No. 2:20-cr-00179-RFB-DJA<br><br>**ORDER** |

IT IS ORDERED that the arraignment & plea and sentencing hearing currently scheduled for Thursday, December 3, 2020 at 12:15 p.m., be vacated and continued to __January 21, 2021__ at the hour of __11:00__ a__.m.

DATED this _19th_ day of November 2020.



RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE